IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3130 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MILTON SCURLOCK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The initial appearance on the superseding indictment will be held on April 10, 2012 at 11:00 a.m.

2) The defendant's request to continue his change of plea hearing is granted.

3) The defendant's plea hearing will be conducted before the undersigned magistrate judge on April 10, 2012 at 11:00 a.m. The defendant is ordered to appear at this hearing.

4) For the reasons stated on the record today, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 10, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 2nd day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge